UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 13, 2003

10:00 a.m.

*Held*

*7 hours*

CASE NO. 3:00cv1275 (CFD)   Pathways, Inc. Vs. R. Michael Dunne, et al

Aamina Ahmad
Town of Greenwich
Town Hall, Law Dept.
101 Field Point Rd., PO Box 2540
Greenwich, CT 06836-2540

Michael J. Cacace
Cacace, Tusch & Santagata
777 Summer St., PO Box 15859
Stamford, CT 06901

Fernando F. De Arango
Town of Greenwich
Town Hall, Law Dept.
101 Field Point Rd., PO Box 2540
Greenwich, CT 06836-2540

Steven David Ecker
Cowdery, Ecker & Murphy
750 Main St.
Suite 910
Hartford, CT 06103-4477

Jane W. Freeman
Cacace, Tusch & Santagata
777 Summer St., PO Box 15859
Stamford, CT 06901

Haden P. Gerrish
Law Dept., Town Hall
Town Of Greenwich
101 Field Point Road, PO Box 2540
Greenwich, CT 06836-2540

Daniel W. Moger Jr.
Jacques & Moger, PC
530 Old Post Rd. No. 3
Greenwich, CT 06830-6243

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007

* JUDGE GARFINKEL'S SETTLEMENT ORDER
  REMAINS IN EFFECT.

    THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK