UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATHWAYS, INC. ) | Case No. 300CV1275 (CFD) |
| ) | |
| vs. ) | |
| ) | |
| R. MICHAEL DUNNE ET AL. ) | JUNE 26, 2003 |

## MOTION FOR DEFAULT

The plaintiff moves that a default be entered against the defendants R. Michael Dunne, Margaret W. Casey and the Brookridge District Association.

The grounds for the motion are (1) that the Court granted a motion to withdraw appearance by these defendants' two attorneys for reasons specified in a sealed memorandum and required a new appearance either by an attorney or pro se by 5 p.m. on June 25, 2003 on pain of default and no appearance has been filed and (2) regardless of the Court's order no appearance has been filed timely so that scheduling may proceed commencing with a Court-ordered conference before

*Denial. So ordered.* [handwritten annotation]