UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 15, 2003

12:00 p.m.

Held
5 hours

CASE NO. 3:00cv1275 (CFD)    Pathways / et al Aamina Ahmad

Town of Greenwich
Town Hall, Law Dept.
101 Field Point Rd., PO Box 2540
Greenwich, CT 06836-2540

Michael J. Cacace
Cacace, Tusch & Santagata
777 Summer St., PO Box 15859
Stamford, CT 06901

Fernando F. De Arango
Town of Greenwich
Town Hall, Law Dept.
101 Field Point Rd., PO Box 2540
Greenwich, CT 06836-2540

Steven David Ecker
Cowdery, Ecker & Murphy
750 Main St.
Hartford, CT 06103

Jane W. Freeman
Cacace, Tusch & Santagata
777 Summer St., PO Box 15859
Stamford, CT 06901

Haden P. Gerrish
Law Dept., Town Hall
Town Of Greenwich
101 Field Point Road, PO Box 2540
Greenwich, CT 06836-2540

Daniel W. Moger Jr.
Jacques & Moger, PC
530 Old Post Rd. No. 3
Greenwich, CT 06830-6243

US Court of Appeals
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK