FILED

2004 JAN 28 P 12:08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATHWAYS, INC.<br><br>        Plaintiff,<br><br>V.<br><br>R. MICHAEL DUNNE, et al.,<br><br>        Defendants. | CIVIL NO.: 3:00CV1275 (CFD)<br><br><br><br><br><br><br><br>JANUARY 6, 2003 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), all parties hereby stipulate to dismissal of this action, with prejudice and without costs or attorney's fees to any party.

PLAINTIFF,
PATHWAYS, INC.

BY _____
Daniel W. Moger, Jr., Esq. (ct08522)
Jacques & Moger, PC
530 Old Post Road
Greenwich, CT 06830-6243
Tele.: (203) 629-4434

DEFENDANTS,
BROOKRIDGE DISTRICT
ASSOCIATION, MARGARET
W. CASEY, R. MICHAEL DUNNE

BY _____
Steven D. Ecker, Esq. (ct03762)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
Tele.: (860) 278-5555

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

By _____
    Deputy Clerk

FILED
2004 JAN 29 P 12:37
U.S. DISTRICT COURT
HARTFORD, CT.

| DEFENDANTS, | DEFENDANT, |
|---|---|
| CHARLES R. VITALE, LESLIE S. BHUTANI, MAMIE I. LEE | TOWN OF GREENWICH |

BY _____/s/ Michael J. Cacace/_____
Michael J. Cacace, Esq. (ct05369)
Jane W. Freeman, Esq. (ct20864)
Cacace Tusch & Santagata
777 Summer Street
P.O. Box 15859
Stamford, CT 06604-4806
Tele. (203) 327-2000

BY _____/s/ Haden P. Gerrish/_____
Haden P. Gerrish, Esq.
Aamina Ahmad, Esq.
Fernando F. De Arango, Esq.
Town of Greenwich
Town Hall, Law Dept.
101 Field Point Rd., PO Box 2540
Greenwich, CT 06836-2540
Tele.: (203) 622-7878